# In the United States District Court for the Eastern District of Virginia
# Newport News Division

**United States of America,**

v.                                               Docket No. 4:16-cr-00049
                                                 The Hon. Raymond A. Jackson

**Timeiki Hedspeth.**

### Motion for Relief Pursuant to Section 603 of the First Step Act of 2018

Timeiki Hedspeth, through counsel, respectfully moves this Court for relief pursuant to Section 603 of the First Step Act of 2018 such that she be transferred to home confinement as soon as possible.[1] Ms. Hedspeth is not a danger to the community, and her release plan adheres to the mandates of Section 3553(a).

                                        Respectfully submitted,
                                        Timeiki Hedspeth

                                        By Counsel,

                                        /s/
                                        Nathaniel Wenstrup
                                        Admitted *Pro Hac Vice*
                                        Assistant Federal Public Defender
                                        Counsel for the Defendant
                                        Office of the Federal Public Defender
                                        1650 King Street, Suite 500
                                        Alexandria, Virginia 22314
                                        703-600-0825
                                        703-600-0880 (fax)
                                        Nate_Wenstrup@fd.org

---

[1] In the alternative, Ms. Hedspeth requests the Court issue a non-binding recommendation that BOP transfer her to home confinement for the duration of her sentence.