IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**TIMEIKI HEDSPETH,**

**Petitioner,**

v.   **CRIMINAL ACTION NO. 4:16-cr-49-6**

**UNITED STATES OF AMERICA,**

**Respondent.**

## ORDER

Before the Court is Petitioner Timeiki Hedspeth's ("Petitioner") July 15, 2021 *pro se* letter motion seeking compassionate release pursuant to 18 U.S.C. § 3582 and the amendments to § 3582 imposed by the Formerly Incarcerated Reenter Society Transformed Safely Transitioning Every Person Act ("FIRST STEP Act"). ECF No. 404; *see* Pub. L. No. 115-391, 132 Stat. 5194 (2018).

Under the amended compassionate release provisions, a sentencing court may reduce a petitioner's sentence after considering the factors set forth in 18 U.S.C. § 3553(a) and deciding whether (1) "extraordinary and compelling reasons" warrant a reduction; or (2) the petitioner is at least 70 years old, has served at least 30 years of his or her sentence, and the Director of the Bureau of Prisons ("BOP") determines that the petitioner does not pose a danger to the safety of any other person or the community. 18 U.S.C. § 3582(c)(1)(A)(i)–(ii).

Upon review of Petitioner's letter motion, the Court finds Petitioner's motion significantly inadequate. Petitioner alleges COVID-19 poses an "extraordinary and compelling reason" for relief; however, Petitioner fails to allege a single fact specific to Petitioner's circumstances surrounding COVID-19. *See* ECF No. 404. Additionally, Petitioner does not state whether she has medical ailments or comorbidities that would increase a likelihood of severe illness from COVID-

19. Moreover, Petitioner elicits minimal facts specific to her correctional facility that support "extraordinary and compelling" circumstances. Instead, Petitioner primarily lodges a general complaint about prisons and the negative impact of COVID-19 on society at large. Accordingly, Petitioner fails to state a claim upon which relief can be granted.

Therefore, Petitioner's letter motion is **DENIED**. The Clerk is **DIRECTED** to provide a copy of this Order to Petitioner, the United States Attorney, and the United States Probation Office.

**IT IS SO ORDERED.**

Newport News, Virginia
July 19, 2021

Raymond A. Jackson
United States District Judge